FILED
APR 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8337

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Sergio Dominek BLAINE, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 21, 2008, within the Southern District of California, defendant Sergio Dominek BLAINE did knowingly and intentionally import approximately 47.30 kilograms (104.06 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND, DAY OF April 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Sergio Dominek BLAINE

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Rafael Silva.

On April 21, 2008, at approximately 2104 hours, Sergio Dominek BLAINE entered the United States at the Calexico, California, East Port of Entry. Customs and Border Protection Officer (CBPO) Nicholson was manning primary. BLAINE gave a negative Customs declaration to CBPO Nicholson. CBPO Nicholson referred BLAINE and the vehicle to the secondary lot for further inspection.

In the Vehicle Secondary Lot, CBP Canine Enforcement Officer (CEO) Randolph was conducting a lot sweep with his assigned dog when the dog alerted to the vehicle BLAINE was driving. CBPO Cavazos took over the inspection of the vehicle. CBPO Cavazos received a negative Customs declaration from BLAINE.

A subsequent inspection of the vehicle by CBPO Cavazos revealed 33 packages located inside the rear seat, rear seat backrest, doors and rear quarter panels of the vehicle. CBPO Cavazos probed a package and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 33 packages had a combined net weight of approximately 47.30 kilograms (104.06 pounds).

BLAINE was placed under arrest and advised of his Constitutional Rights according to Miranda, which he acknowledged and waived, agreeing to answer questions. BLAINE denied knowledge of the marijuana found in the vehicle. BLAINE stated he has had possession of the vehicle since three days ago. BLAINE also stated he has driven the vehicle into the United States four or five times in the three days. BLAINE also stated he is the only person who has keys to the vehicle and no other person has driven the vehicle since he acquired it.