FILED

MAY 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1618-BEN |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| SERGIO DOMINEK BLAINE, | |
| Defendant. | |

The United States Attorney charges:

On or about April 21, 2008, within the Southern District of California, defendant SERGIO DOMINEK BLAINE, did knowingly and intentionally import approximately 47.30 kilograms (104.06 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 20, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
5/20/08