1  DONOVAN & DONOVAN
   Casey Donovan, Esq.
2  California State Bar Number: 182442
   The Senator Building - 4th Floor
3  105 West F. Street
   San Diego, California 92101
4  Telephone: (619) 696-8989

5  Attorney for Defendant Blaine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) CASE NO. 08 CR 618-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| SERGIO DOMINEK BLAINE, | ) ACKNOWLEDGMENT OF DEFENDANT'S SERGIO DOMINEK BLAINE'S MODIFICATIONS OF BOND TO PERMIT TRAVEL TO MEXICO |
| Defendant. | ) |

I, ALICE BRAZIL, hereby acknowledge that I am the surety in the above referenced matter, and acknowledge that the parties have agreed to expand Mr. Blaine's travel restrictions during the period of pre trial release from the Southern District of California, to permit travel to Mexico in the company of the investigator assigned to this case, Esteban Hernandez, to assist in the investigation of his case. I agree to remain the surety on the bond with the expanded travel conditions agreed to by the parties, which permit Mr. Blaine to travel to Mexico in the company of Mr. Esteban Hernandez.

I declare that the foregoing is true and correct.

DATED: 5-29-08

_____
ALICE BRAZIL

1

08cr0511-BEN

```
DONOVAN & DONOVAN
Casey Donovan
Attorney at Law
The Senator Building
105 West F. Street - 4th floor                    U.S.D.C. No.08-CR-618-BEN
San Diego, CA 92101
```

## DECLARATION OF SERVICE

I, undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within mentioned delivery occurred, and not a party to the subject cause. My business address is 105 West F. Street, San Diego, California. I served the Surety's Acknowledgment of modified bond conditions to permit travel to Mexico, of which a true and correct copy of the document filed in this cause is affixed, by electronic filing to:

```
Douglas Keehn, Assistant U.S. Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92188
```

The electronic filing was done by me at San Diego, California, on April 28, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2008 at San Diego, California.

              s/ Casey Donovan

            _____
              Casey Donovan