UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>SERGIO DOMINEK BLAINE,<br><br>Defendant, | 08 JUN 17 AM 10:48<br><br>No. 08CR1618-BEN<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 32(d)(1), Fed.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of:

21:952 and 960 - Importation of a Controlled Substance (Marijuana) (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 6/16/08

United States Magistrate Judge

ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm