# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

```
08 JUN 17 AM 10:48
No. 08CR1618-BEN
```

UNITED STATES OF AMERICA, )
             )
    Plaintiff, )
             )        JUDGMENT ~~OF DISMISSAL~~
vs           )        (Rule 32(d)(1), Fed.R.Crim.P.)
             )
SERGIO DOMINEK BLAINE, )
             )
    Defendant, )
             )

**FILED**
JUN 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) of:

21:952 and 960 - Importation of a Controlled Substance (Marijuana) (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 6/16/08

_____
United States Magistrate Judge

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 6/17/08

United States Marshal

By: _____

USMS Criminal _____

ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm