# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  08CR1618-BEN/A 9:55 |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No.  0(  229298 |
| Sergio Dominek Blaine | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6-10-08__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___✓___ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. Deft. to remain out on bond on new case 08CR1812-BEN

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by J. Flores
Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)                           ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**