1  DONOVAN & DONOVAN
   Casey Donovan, Esq.
2  California State Bar Number: 182442
   The Senator Building - 4th Floor
3  105 West F. Street
   San Diego, California 92101
4  Telephone: (619) 696-8989

5  Attorney for Defendant Blaine

```
FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   EF        DEPUTY
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO DOMINEK BLAINE, <br><br> Defendant. | CASE NO. 08 CR1618-BEN <br> 08CR1812-BEN <br><br> ACKNOWLEDGMENT OF DEFENDANT'S SERGIO DOMINEK BLAINE'S MODIFICATIONS OF BOND TO PERMIT TRAVEL TO MEXICO |

I, ALICE BRAZIL, hereby acknowledge that I am the surety in the above referenced matter, and acknowledge that the parties have agreed to expand Mr. Blaine's travel restrictions during the period of pre trial release from the Southern District of California, to permit travel to Mexico in the company of the investigator assigned to this case, Esteban Hernandez, to assist in the investigation of his case. I agree to remain the surety on the bond with the expanded travel conditions agreed to by the parties, which permit Mr. Blaine to travel to Mexico in the company of Mr. Esteban Hernandez.

I declare that the foregoing is true and correct.

DATED: 5-29-08                                        /s/ Alice Brazil
                                                      ALICE BRAZIL